TIMOTHY D. McGONIGLE PROF. CORP.
Timothy D. McGonigle, Esq. (SBN 115979)
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
tim@mcgoniglelaw.net

BRAUNSTEIN & BRAUNSTEIN, P.C.
George G. Braunstein, Esq. (SBN 134602)
Clark Anthony Braunstein, Esq. (SBN 278023)
11755 Wilshire Boulevard, Suite 2140
Los Angeles California 90025
Telephone: (310) 914-4999
george@braunsteinpc.com
clark@braunsteinpc.com

Co-Counsel for Plaintiffs, American Airlines Flow-Thru
Pilots Coalition, Gregory R. Cordes, Dru Marquardt,
Doug Poulton, Stephan Robson and Philip Valente III

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION et al., <br> Defendants. | Case No.: 3:18-cv-03682-RS <br><br> **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT APA'S MOTION TO DISMISS PURSUANT TO FRCP RULES 12(B)(5) AND 12(B)(6) AND TO EXTEND THE BRIEFING SCHEDULE RE SAID MOTION** <br><br> **ORDER** |

   The undersigned parties hereby stipulate, and respectfully request the Court

to order, that the schedule for briefing and hearing the motion to dismiss filed by

Stip. To Continue Hearing And Briefing Dates On Motion To Dismiss
Case No. 3:18-cv-03682-RS

1

Defendant Allied Pilots Association ("APA") be continued as set forth below, due to the recent fires in Southern California. Good cause for such an extension exists for the following reasons:

On October 17, 2019, Defendant APA filed its Motion to Dismiss the complaint in this matter pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6).

On October 28, 2019, at 2.30 a.m., both lead counsel for Plaintiffs, Timothy D. McGonigle and George Braunstein, were ordered to evacuate themselves and their families from their homes due to the Getty Fire. Counsel complied with the evacuation orders and relocated with their personal belongings and important papers to relative's homes outside of the evacuation area. Those evacuation orders have yet to be lifted. Plaintiffs' counsel Clark Braunstein's property, which was under development on North Tigertail Road in Los Angeles, was also destroyed during the initial outbreak of the fire;;

Due to delays and displacement imposed by reason of the evacuations ordered in connection with the October 2019 Getty Fire, the parties in and through counsel hereby stipulate to continue, and request the Court for an order continuing, the hearing on Defendant APA's Motion to Dismiss for one week, from December 5, 2019 to December 12, 2019 at 1:30 p.m., in Courtroom 3 -- 17th Floor.

Stip. To Continue Hearing And Briefing Dates On Motion To Dismiss
Case No. 3:18-cv-03682-RS

2

The parties further stipulate to continuing, and request the Court for an order continuing, the briefing due dates on the foregoing motion as follows: the Opposition to the Motion shall be continued from November 1, 2019 to November 8, 2019, and the Reply in Support of the Motion shall be continued from November 8, 2019 to November 22, 2019.

Respectfully Submitted,

DATED:  October 30, 2019

TIMOTHY D. McGONIGLE PROF. CORP.
Timothy D. McGonigle

By:  */s/ Timothy D. McGonigle*
       Timothy D. McGonigle

BRAUNSTEIN & BRAUSTEIN, P.C.

By: */s/ Clark Anthony Braunstein*
        Clark Anthony Braunstein

Attorneys for Plaintiffs, American Airlines
Flow-Thru Pilots Coalition, Gregory R. Cordes,
Dru Marquardt,  Doug Poulton, Stephan Robson and Philip Valente III


STEVEN K. HOFFMAN*
DANIEL M. ROSENTHAL*
NARI E. ELY
James & Hoffman, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C. 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
skhoffman@jamhoff.com
dmrosenthal@jamhoff.com
neely@jamhoff.com

Stip. To Continue Hearing  And Briefing Dates  On Motion To Dismiss
Case No. 3:18-cv-03682-RS

3

*Admitted *pro hac vice*

JEFFREY B. DEMAIN (SBN 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com


By:    */s/ Jeffrey B. Demain*
            Jeffrey B. Demain

Attorneys for Defendant Allied Pilots Association

Stip. To Continue Hearing And Briefing Dates On Motion To Dismiss
Case No. 3:18-cv-03682-RS

4

# ORDER

Based on the foregoing stipulation of counsel, and GOOD CAUSE appearing to do so, the Court hereby makes the following Order:

The hearing on Defendant APA's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) is continued for one week, from December 5, 2019 to December 12, 2019 at 1:30 p.m., in Courtroom 3 -- 17th Floor;

It is further ordered that the Plaintiffs' Opposition to the Motion must be filed no later than November 8, 2019. Any Reply Brief must be filed no later than November 22, 2019.

Dated: 10/30/19

_____
United States District Court Judge