1    TIMOTHY D. McGONIGLE PROF. CORP.
     Timothy D. McGonigle, Esq. (SBN 115979)
2    1880 Century Park East, Suite 516
     Los Angeles, California 90067
3    Telephone: (310) 478-7110
4    tim@mcgoniglelaw.net

5    BRAUNSTEIN & BRAUNSTEIN, P.C.
     George G.  Braunstein, Esq. (SBN 134602)
6    Clark Anthony Braunstein, Esq. (SBN 278023)
7    11755 Wilshire Boulevard, Suite 2140
     Los Angeles California 90025
8    Telephone: (310) 914-4999
     george@braunsteinpc.com
9    clark@braunsteinpc.com

10   *Attorneys for Plaintiffs, American Airlines Flow-Thru*
11   *Pilots Coalition, Gregory R. Cordes, Dru Marquardt,*
     *Doug Poulton, Stephan Robson and Philip Valente III*

12

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14

15   AMERICAN AIRLINES FLOW-THRU          Case No.: 3:18-cv-03682-RS
     PILOTS COALITION, GREGORY R.
16   CORDES, DRU MARQUARDT, DOUG          [Assigned to Judge Richard Seeborg]
     POULTON, STEPHAN ROBSON and
17   PHILIP VALENTE III, on behalf of
     themselves and all others similarly situated   **STIPULATION AND ORDER TO**
18              Plaintiff,                 **STAY PROCEEDINGS**

19          v.

20   ALLIED PILOTS ASSOCIATION and
     AMERICAN AIRLINES, INC.
21              Defendants.

22

23        Plaintiffs American Airlines Flow-Thru Pilots Coalition, Gregory R. Cordes, Dru

24   Marquardt, Doug Poulton, Stephan Robson and Philip Valente III (collectively, "Plaintiffs") and

25   Defendant Allied Pilots Association ("Defendant") (collectively the "Parties") hereby stipulate,

26   and respectfully request that the Court stay any and all proceedings (except those specifically set

27   forth below) in the above captioned case pending conclusion of trial and any post-trial motions in

28   Stipulation and [Proposed] Order To Stay Proceedings
     Case No. 3:18-cv-03682-RS

the lawsuit titled *American Airlines Flow-Thru Pilots Coalition, et al. v. Allied Pilots Association, et al.*, Civil Action No. 3:15-cv-03125 RS (the "2015 Case").  In support thereof, the Parties show as follows:

WHEREAS, this Court granted class certification of the 2015 Case.

WHEREAS, trial in the 2015 Case is currently set for April 6, 2020.

WHEREAS, the above captioned matter titled *American Airlines Flow-Thru Pilots Coalition, et al. v. Allied Pilots Association, et al.*, Civil Action No. (3:18-cv-03682-RS) (the "2018 Case") is currently pending.

WHEREAS, the Parties agree that the Court will likely make certain rulings in the 2015 Case that will be applicable and/or provide guidance in the 2018 Case.

WHEREAS, the Parties agree that there is no need to further litigate the 2018 Case until the conclusion of trial and any post-trial motions in the 2015 Case.

WHEREAS, the Parties agree that the stay will result in taking the following future scheduled events off calendar: (1) the Joint CMC statement scheduled for February 6, 2020; and (2) the CMC scheduled for February 13, 2020.

WHEREAS, the Parties agree that a date for the CMC (currently scheduled for February) will be re-determined at a later date at the end of the stay.

WHEREAS, the Parties specifically agree that the stay shall extend to any discovery in the 2018 Case.

WHEREAS, the Parties agree that the stay shall not extend to Defendant's Motion To Dismiss, which has been fully briefed and is currently pending decision by the Court.

WHEREAS, the Parties agree that resolution of Defendant's Motion to Dismiss shall allow the Parties to have a better understanding of those events that will need to be rescheduled at the end of the stay.

Therefore, the parties respectfully request that the Court stay any and all proceedings in the 2018 Case (except those specifically set forth above) pending the conclusion of trial and any post-trial motions in the 2015 Case.

The foregoing is so stipulated and agreed between the parties by and through their undersigned counsel.

Dated: January 30, 2020        Respectfully submitted,

TIMOTHY D. McGONIGLE PROF. CORP.
Timothy D. McGonigle (SBN 115979)
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
tim@mcgoniglelaw.net

Braunstein & Braunstein, P.C.
George G. Braunstein (SBN 134602)
Clark Anthony Braunstein (SBN 278023)
11755 Wilshire Boulevard, Suite 1600
Los Angeles, California 90025
Telephone: (310) 914-4999
george@braunsteinpc.com
clark@braunsteinpc.com

By:_____
      Timothy D. McGonigle

Attorneys for Plaintiffs

///
///
///
///
///
///
///
///
///
///

STEVEN K. HOFFMAN*
DANIEL M. ROSENTHAL*
NARI E. ELY (SBN 314852)
James & Hoffman, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C. 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
skhoffman@jamhoff.com
dmrosenthal@jamhoff.com
neely@jamhoff.com

JEFFREY B. DEMAIN (SBN 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com

By:_____
        Jeffrey B. Demain

Attorneys for Defendant Allied Pilots Association
*Admitted pro hac vice

### Signature Attestation

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January 31, 2020.

TIMOTHY D. McGONIGLE


By: /s/ Timothy D. McGonigle_____
        Timothy D. McGonigle

# ORDER

Based on the foregoing stipulation of counsel, and GOOD CAUSE appearing to do so, the Court hereby makes the following Order:

All proceedings in the above captioned matter titled *American Airlines Flow-Thru Pilots Coalition, et al. v. Allied Pilots Association, et al.*, Civil Action No. 3:18-cv-03682-RS (the "2018 Case") (except those specifically set forth below) are stayed pending the conclusion of trial and any post-trial motions of the lawsuit titled *American Airlines Flow-Thru Pilots Coalition, et al. v. Allied Pilots Association, et al.*, Civil Action No. 3:15-cv-03125 RS (the "2015 Case").

The following future scheduled events shall be taken off calendar and re-determined at a later date at the end of the stay: (1) the Joint CMC statement scheduled for February 6, 2020; and (2) the CMC scheduled for February 13, 2020.

The stay shall extend to any discovery in the 2018 Case.

The stay shall not extend to Defendant's Motion To Dismiss, which has been fully briefed and is currently pending decision by the Court.

Dated: 2/3/2020

United States District Court Judge