United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al. <br><br> Defendants. | Case No. 18-cv-03682-RS <br><br> **JUDGMENT** |

Pursuant to the orders granting motions to dismiss brought by the defendants in this action, judgment is hereby entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: January 21, 2022

_____
RICHARD SEEBORG
Chief United States District Judge